# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOSHUA KELLEN FITZWATER (2),<br><br>       Defendant. | CASE NO.:  21-cr-2252-JLS<br><br>HON. JANIS L. SAMMARTINO<br><br>ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |

Joint Motion Having Been Entered by the parties, and Good Cause appearing, **IT IS HEREBY ORDERED**, that the Motion Hearing/Trial Setting be continued from July 1, 2022 until July 21, 2022 at 1:30 p.m. It is further ordered that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting.

**SO ORDERED.**

Dated: June 29, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge