UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA KELLEN FITZWATER (2),<br><br><br>　　　　Defendant. | CASE NO.:  21-cr-2252-JLS<br><br>HON. JANIS L. SAMMARTINO<br><br>ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |

Joint Motion Having Been Entered by the parties, and Good Cause appearing, **IT IS HEREBY ORDERED**, that the Motion Hearing/Trial Setting be continued from September 30, 2022 until November 4, 2022 at 1:30 p.m. It is further ordered that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting.

**SO ORDERED.**

Dated:  September 28, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge